# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

140508

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PHILLIP J. OROZCO,
   Plaintiff-Appellant,

v

            SC: 140508
            COA: 294276
            WCAC: 09-000091

CITY OF SAGINAW,
    Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the January 5, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

0419